Natalia D. Asbill-Bearor, SBN: 281860
Robin K. Perkins, SBN: 131252
PERKINS ASBILL APLC
707 Commons Drive, Suite 201
Sacramento, CA 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
Natalia@perkinsasbill.com

Attorneys for Plaintiff
MARIA FIATARONE

ALEXANDER M. CHEMERS, SBN: 263726
Alexander.chemers@ogletree.com
DANIELLE R. GOODMAN, SBN: 272003
Danielle.goodman@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045

Attorneys for Defendant
SQUAW VALLEY RESORT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FIATARONE,<br><br>        Plaintiff,<br><br>vs.<br><br>SQUAW VALLEY RESORT, LLC; and DOES 1-5, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-00451-MCE-JDP<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE |

///

///

JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

1

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party bearing its own attorney's fees and costs.

Dated:  November 28, 2022                    OGLETREE, DEAKINS, NASH,
                                             SMOAK & STEWART, P.C.


                                        By:   /s/ Danielle R. Goodman
                                              Danielle R. Goodman

                                              Attorneys for Defendants
                                              SQUAW VALLEY RESORT, LLC


Dated:  November 28, 2022                    PERKINS ASBILL, a Professional Law
                                             Corporation


                                        By:   /s/ Natalia D. Asbill-Bearor
                                              Natalia D. Asbill-Bearor

                                              Attorneys for Plaintiff
                                              MARIA FIATARONE


IT IS SO ORDERED.

Dated:  December 2, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

PERKINS ASBILL
APLC
707 Commons Drive,
Suite 201
Sacramento, CA 95825
(916) 446-2000
www.perkinsasbill.com

JOINT STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE
2